## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: RUIZ, LUIS M | § | Case No. 09-01668 |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/10/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/16/2010_____          By:  /s/BRADLEY J. WALLER_____
                                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: RUIZ, LUIS M                          §      Case No. 09-01668
                                             §
                                             §
Debtor(s)                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,000.96 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 10,000.96 |

**Balance on hand:**                    $         10,000.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $      10,000.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,750.10 | 0.00 | 1,750.10 |
| Trustee, Expenses - BRADLEY J. WALLER | 90.00 | 0.00 | 90.00 |

Total to be paid for chapter 7 administration expenses:   $      1,840.10
Remaining balance:                                        $      8,160.86

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $      0.00

Remaining balance: $      8,160.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $      0.00

Remaining balance: $      8,160.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,552.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COM ED CO | 542.92 | 0.00 | 267.68 |
| 3 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | 336.72 | 0.00 | 166.02 |
| 4 | Recovery Management Systems Corporation - Walmart | 2,358.40 | 0.00 | 1,162.78 |
| 5 | LVNV Funding LLC - Resurgent | 4,853.13 | 0.00 | 2,392.77 |
| 6 | LVNV Funding LLC - Resurgent | 2,236.56 | 0.00 | 1,102.71 |
| 7 | LVNV Funding LLC - Resurgent | 1,144.50 | 0.00 | 564.28 |
| 8 | CitiFinancial, Inc. | 5,080.00 | 0.00 | 2,504.62 |

Total to be paid for timely general unsecured claims: $      8,160.86

Remaining balance: $      0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for subordinated claims: | $ | | 0.00 |
| | Remaining balance: | $ | | 0.00 |

Prepared By: /s/BRADLEY J. WALLER

Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2          Date Rcvd: Nov 17, 2010
Case: 09-01668               Form ID: pdf006           Total Noticed: 75

The following entities were noticed by first class mail on Nov 19, 2010.

```
db/jdb      +Luis M Ruiz,  Maribel Ruiz,  506 Heintz Drive,  Shorewood, IL 60404-6101
aty         +James Augustyn,  James Augustyn,  4021 C West 63rd Street,  Chicago, IL 60629-4642
aty         +James E Augustyn,  4021 - C  W 63rd St,  Chicago, IL 60629-4642
tr          +Bradley J Waller,  Klein Stoddard Buck Waller & Lewis LLC,  2045 Aberdeen Court,
             Sycamore, IL 60178-3140
13075885    +ADVANCED UROLOGY ASSOCIATES,  812 CAMPUS DRIVE,  JOLIET, IL 60435-5128
13075892    +ADVENTIST HINSDALE HOSPITAL,  P.O. BOX 1965,  SOUTHGATE, MI. 48195-0965
13075883    +ALLSTATE,  ALBERTO BRANWELL,  1907 WEST CHICAGO AVENUE,  CHICAGO, IL 60622-7858
13075864     ARROW FINANCIAL SERVICES,  21031 NETWORK PLACE,  CHICAGO, IL. 60678-1031
13075900    +ASSOC PATHOLOGISTS OF JOLIET,  330 MADISON ST SUITE 200A,  JOLIET, IL 60435-6575
13561459    +Adventist,  Hinsdale Hospital,  Po Box 9247,  Oakbrook, Il 60522-9247
13561457    +Allstate Insurance,  Po Box 3576,  Akron, OH 44309-3576
13075882    +BROOKFEST DENTAL GROUP P.C.,  850 BROOKFOREST AVE  UNIT D,  SHOREWOOD, IL 60404-8514
13075886    +CERTEGY PAYMENT RECOVERY SERVICES, INC.,  11601 ROOSEVELT BOULEVARD,
             ST. PETERSBURG, FLORIDA 33716-2202
13075865    +CITI CARDS,  P.O. BOX 689106,  DES MOINES, IA. 50368-9106
13075881    +CITIFINANCIAL,  P.O. BOX 70921,  CHARLOTTE, NC 28272-0921
13075891    +CITIFINANCIAL RETAIL SERVICES,  P.O. BOX 22060,  TEMPE, AZ. 85285-2060
13075879    +CITIFINANCIAL SERVICES INC.,  3078 CATON FARM ROAD,  JOLIET, IL 60435-1488
13075906    +CITIFINANCIAL SERVICS INC.,  3078 CATON FARM ROAD,  JOLIET, IL 60435-1488
13075907    +CITY OF CHICAGO DEPARTMENT OF REVENUE,  121 NORTH LA SALLE  ROOM 107,  CHICAGO, IL 60602-1232
13075887    +CITY OF CHICAGO DEPARTMENT OF REVENUE,  ARNOLD SCOTT HARRIS P.C.,  ATTORNEYS AT LAW,
             600 WEST JACKSON BLVD.  SUITE 720,  CHICAGO, IL 60661-5683
13075902    +COLUMBIA HOUSE,  INDIANAPOLIS, IN 46291-0001
13075894    +COMCAST,  P.O. BOX 3001,  SOUTHEASTERN, PA 19398-3001
13075869     CORWIN MEDICAL CARE LTD.,  PAYMENT PROCESSING CENTER,  P.O. BOX 742518,
             CINCINNATI, OH. 45274-2518
13075861     CREDITORS DISCOUNT AND AUDIT CO.,  415 E. MAIN ST.,  P.O. BOX 213,  STREATOR, IL. 61364-0213
13561458    +Cab Services Inc,  60 Barney Drive,  Joliet, IL 60435-6402
13561449    +Chicago Department of Revenue,  C/O Arnold Scott Harris Ste 720,  600 West Jackson Blvd,
             Chicago, IL 60661-5636
13561456    +Chicago Department of Revenue,  Po Box 88292,  Chicago, IL 60680-1292
13561448    +Children's Bomc,  Eastern Collection Corp,  1626 Locust Ave,  Bohemia, NY 11716-2159
14649088     CitiFinancial, Inc.,  P.O. Box 140489,  Irving, TX 75014-0489
13561445    +Corwin Medical Care Ltd,  15728 Saouth Rt 59,  Plainfield, IL 60544-2693
13075911    +DAVID J. GRIFFIN P.C.,  39 SOUTH LA SALLE STREET,  CHICAGO, IL 60603-1603
13075873    +EASTERN COLLECTION CORP.,  1626 LOCUST AVENUE,  BOHEMIA, NY 11716-2159
13561442    +GMAC,  Po Box 9001951,  Louisville, KY 40290-1951
13611666    +GMAC,  PO BOX 130424,  Roseville, MN 55113-0004
13075866     HOME DEPOT CREDIT SERVICES,  P.O. Box 6926,  THE LAKES, NV. 889901-6926
13075867     HOME DEPOT REWARDS MASTERCARD,  P.O. BOX 630829,  IRVIN, TX. 75063-0829
13561450    +Home Depot Credit Services,  Citicards,  Po Box 689106,  Des Moines, IA 50368-9106
13075909    +JOLIET CENTRAL HIGH SCHOOL,  201 E. JEFFERSON STREEET,  JOLIET, IL 60432-2857
13075889    +JOLIET DOCTORS CLINIC SC,  2450 GLENWOOD AVENUE,  JOLIET, IL 60435-5779
13561447    +Joliet Fire Department,  Creditors Discount And Audit,  415 E Main Street,  Po Box 213,
             Streator, IL 61364-0213
13075908    +KCA FINANCIAL SERVICES INC.,  628 NORTHSTREET,  P.O. BOX 53,  GENEVA, IL 60134-0053
13075896     LEADING EDGE RECOVERY SOLUTIONS,  P.O. BOX 129,  LINDEN,, MI. 48451-0129
13075905    +LTD FINANCIAL SERVICES L.P.,  7322 SOUTHWEST FREEWAY SUITE 1600,  HOUSTON, TEXAS 77074-2053
13561461    +Lane Bryant,  PO Box 408,  Milford, OH 45150-0408
13561444    +Lvnv Funding Inc/Hsbc Bank Nevada,  C/O Capital Management Services,
             726 Exchange Street Ste 700,  Buffalo, NY 14210-1464
13075877    +MAGIC UNIVERSITY,  SCHOLASTIC,  P.O. BOX 6025,  JEFFERSON CITY, MO 65102-6025
13075876     MERCY HEALTH SYSTEM,  MERCY WALWORTH HOSPITAL AND MEDICAL; CEN,  P.O. BOX 5003,
             JANESVILLE, WI. 53547-5003
13561451    +Mercy Hospital,  Po Box 5003,  Janesville, WI 53547-5003
13075890     NATIONAL CITY,  HOME EQUITY LINE OF CREDIT,  P.O. BOX 856177,  LOUISVILLE, KY. 40285-6177
13075895     NATIONAL CITY MORTGAGE,  P.O. BOX 1820,  DAYTON, OH. 45401-1820
13075904     NCO FINANCIAL SYSTEMS, INC.,  P.O. BOX 15740,  WILMINGTON, DE. 19850-5740
13561452    +NCO Financial Systems,  Target National Bank,  Po Box 15630- Dept 99,
             Wilmington, DE 19850-5630
13561455    +National EMS Billing,  Town Lyons Fire Dept,  Po Box 72140,  Cederburg, WI 53012-7340
13075880    +PELLETTIERI AND ASSOCIATES LTD.,  A DIVISION OF MIRAMED REVENU GROUP, LLC,  991 OAK CREEK DR.,
             LOMBARD, IL. 60148-6408
13075888    +PLAINFIELD PRIMARY CARE P,  15728 S ROUTE 59,  PLAINFIELD, IL 60544-2693
13075871    +PROVENA SAINT JOSEPH MEDICAL CENTER,  75 REMITTANCE DRIVE  SUITE 1366,  CHICAGO, IL. 60675-1366
13075870    +PROVENA SAINT JOSEPH MEDICAL CENTER,  ATTENTION:  CASHIERING DEPARTMENT,
             333 NORTH MADISON STREET,  JOLIET, IL 60435-8200
13561454    +Pelleteri,  Provena St Joseph Medical,  Po Box 536,  Linden, MI 48451-0536
13075901     REVENUE CYCLE PARTNERS,  2870 STONER COURT  SUITE 300,  NORTH LIBERTY, IA. 52317-8525
13075893    +SHOREWOOD MUNICIPAL UTLITIES,  ONE TOWNE CENTER BLVD.,  SHOREWOOD, IL 60404-1221
13629532    +SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,  FIRST EXPRESS,  PO BOX 856132,
             LOUISVILLE, KY  40285-6132
13075863    +TOWN OF LYONS FIRE DEPARTMENT,  P.O. BOX 72140,  CEDARBURG, WI 53012-7340
13561443    +Visionworks,  C/o Certegy Payment Recovery,  11601 Roosevelt Blvd,
             St Petersburg, FL 33716-2202
13075912     WALGREENS HOME CARE, INC.,  P.O. BOX 4018,  DANVILLE, IL. 61834-4018
13075875     WASTE MANAGEMENT,  P.O. BOX 4647,  CAROL STRAM, IL. 60197-4647
13075862     Walmart,  C.T.I.,  P.O. BOX 4783,  CHICAGO, IL. 60680-4783
```

```
District/off: 0752-1          User: ahamilton          Page 2 of 2          Date Rcvd: Nov 17, 2010
Case: 09-01668               Form ID: pdf006           Total Noticed: 75


The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Nov 17, 2010.
13075878      +E-mail/Text: jraichel@cms-collect.com                    CAPITAL MANAGEMENT SERVICES LP,
               726 EXCHANGE STREET   SUITE 700,   BUFFALO, NY 14210-1464
13075899      +E-mail/Text: legalcollections@comed.com                  COM ED CO,   2100 Swift Drive,
               Oakbrook, IL 60523-1559
13075868       E-mail/Text: Jboyd@creditorscollection.com
               CREDITORS COLLECTION BUREAU INC.,   P.O. BOX 63,   KANKAKEE, IL. 60901-0063
13967659       E-mail/Text: resurgentbknotifications@resurgent.com                  LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13075874      +Fax: 847-227-2151 Nov 18 2010 01:05:51   MEDICAL RECOVERY SPECIALISTS INC.,
               2250 EAST DEVON AVENUE   SUITE 352,   DES PLAINES, IL 60018-4519
13075884       E-mail/Text: bankrup@nicor.com                           NICOR,   P.O. BOX 00632,
               AURORA, IL. 60507-0632
13561453      +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   Po Box 2020,
               Aurora, IL 60507-2020
13820612      +E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2010 03:15:37
               Recovery Management Systems Corporation,   For Capital Recovery II,
               As Assignee of GE Capital - Wal-Mart,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13075872       E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2010 03:15:36        WALMART,   P.O. BOX 530927,
               ATLANTA, GA. 30353-0927
                                                                                          TOTAL: 9


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13561460       Specialized Data Systems
aty*          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
13075897      ##+CREDIT CONTROL,   P.O. BOX 4521,   CHESTERFIELD, MO 63006-4521
13561446      ##+Credit Control,   Provena St Joseph Medical Center,   PO Box 4635,   Chesterfield, MO 63006-4635
13075898      ##ILLINOIS COLLECTION SERVICE INC.,   P.O. BOX 646,   OAK LAWN, IL. 60454-0646
13075903      ##+OSI RECOVERY SOLUTIONS, INC.,   P.O. BOX 8904,   WESTBURY, NY 11590-8904
13075910      ##+TRANSWORLD SYSTEMS, INC,   COLLECTION AGENCY,   25 NORTHWEST POINT BLVD.   ROOM 750,
               ELK GORVE VILLAGE, IL 60007-1058
                                                                          TOTALS: 1, * 1, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2010**                          **Signature:**          *Joseph Speetjens*