# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: RUIZ, LUIS M　　　　　　　　　　　　　　　　　Case No. 09-01668
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter   7
　　　　　　　　　Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $250,178.00　　　　　　Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,160.86　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $8,391.37

Total Expenses of Administration: $1,840.10

　　　3) Total gross receipts of $ 10,000.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $31,518.49 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,840.10 | 1,840.10 | 1,840.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 16,552.23 | 16,552.23 | 8,160.86 |
| **TOTAL DISBURSEMENTS** | $0.00 | $49,910.82 | $18,392.33 | $10,000.96 |

    4)  This case was originally filed under Chapter 7 on January 21, 2009. The case was pending for 27 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2011          By: /s/BRADLEY J. WALLER
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.96 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.96** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GMAC | 4300-000 | N/A | 31,518.49 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$31,518.49** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,750.10 | 1,750.10 | 1,750.10 |
| BRADLEY J. WALLER | 2200-000 | N/A | 90.00 | 90.00 | 90.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,840.10 | 1,840.10 | 1,840.10 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | COM ED CO | 7100-000 | N/A | 542.92 | 542.92 | 267.68 |
| 3 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | 7100-000 | N/A | 336.72 | 336.72 | 166.02 |
| 4 | Recovery Management Systems Corporation - Walmart | 7100-000 | N/A | 2,358.40 | 2,358.40 | 1,162.78 |
| 5 | LVNV Funding LLC - Resurgent | 7100-000 | N/A | 4,853.13 | 4,853.13 | 2,392.77 |
| 6 | LVNV Funding LLC - Resurgent | 7100-000 | N/A | 2,236.56 | 2,236.56 | 1,102.71 |
| 7 | LVNV Funding LLC - Resurgent | 7100-000 | N/A | 1,144.50 | 1,144.50 | 564.28 |
| 8 | CitiFinancial, Inc. | 7100-000 | N/A | 5,080.00 | 5,080.00 | 2,504.62 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 16,552.23 | 16,552.23 | 8,160.86 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-01668  
**Case Name:** RUIZ, LUIS M  

**Period Ending:** 05/03/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 01/21/09 (f)  
**§341(a) Meeting Date:** 02/19/09  
**Claims Bar Date:** 06/08/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Principal Residence | 234,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 250.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings Account | 3.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account - Citibank | 2,650.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Account - National City | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding Ring | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Vehicle - 1992 Honda | 600.00 | 0.00 | DA | 0.00 | FA |
| 10 | Vehicle - 1999 Monte Carlo | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Pension - 401(k) | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Stock - WalMart | 325.00 | 0.00 | DA | 0.00 | FA |
| 13 | Child Support | Unknown | Unknown | DA | 0.00 | FA |
| 14 | Tax Refund (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.96 | FA |
| 15 | Assets    Totals (Excluding unknown values) | **$250,178.00** | **$10,000.00** | | **$10,000.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   November 17, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-01668 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | RUIZ, LUIS M | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******59-65 - Money Market Account |
| Taxpayer ID #: | **-***3111 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/03/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/19/10 | {14} | Metropolitan Bank | per court order of March 5, 2010 | 1224-000 | 10,000.00 | | 10,000.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.23 | | 10,000.23 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.58 | | 10,000.81 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,000.89 |
| 10/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.07 | | 10,000.96 |
| 10/27/10 | | To Account #9200******5966 | | 9999-000 | | 10,000.96 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 10,000.96 | 10,000.96 | $0.00 |
| | Less: Bank Transfers | 0.00 | 10,000.96 | |
| | Subtotal | 10,000.96 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$10,000.96** | **$0.00** | |

{} Asset reference(s)

Printed: 05/03/2011 11:02 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-01668 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | RUIZ, LUIS M | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******59-66 - Checking Account |
| Taxpayer ID #: | **-***3111 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/03/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/10 | | From Account #9200******5965 | | 9999-000 | 10,000.96 | | 10,000.96 |
| 12/10/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $90.00, Trustee Expenses;  Reference: | 2200-000 | | 90.00 | 9,910.96 |
| 12/10/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,750.10, Trustee Compensation;  Reference: | 2100-000 | | 1,750.10 | 8,160.86 |
| 12/10/10 | 103 | COM ED CO | Dividend paid  49.30% on $542.92; Claim# 1; Filed: $542.92; Reference: | 7100-000 | | 267.68 | 7,893.18 |
| 12/10/10 | 104 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | Dividend paid  49.30% on $336.72; Claim# 3; Filed: $336.72; Reference: | 7100-000 | | 166.02 | 7,727.16 |
| 12/10/10 | 105 | Recovery Management Systems Corporation - Walmart | Dividend paid  49.30% on $2,358.40; Claim# 4; Filed: $2,358.40; Reference: | 7100-000 | | 1,162.78 | 6,564.38 |
| 12/10/10 | 106 | LVNV Funding LLC - Resurgent | Dividend paid  49.30% on $4,853.13; Claim# 5; Filed: $4,853.13; Reference: | 7100-000 | | 2,392.77 | 4,171.61 |
| 12/10/10 | 107 | LVNV Funding LLC - Resurgent | Dividend paid  49.30% on $2,236.56; Claim# 6; Filed: $2,236.56; Reference: | 7100-000 | | 1,102.71 | 3,068.90 |
| 12/10/10 | 108 | LVNV Funding LLC - Resurgent | Dividend paid  49.30% on $1,144.50; Claim# 7; Filed: $1,144.50; Reference: | 7100-000 | | 564.28 | 2,504.62 |
| 12/10/10 | 109 | CitiFinancial, Inc. | Dividend paid  49.30% on $5,080.00; Claim# 8; Filed: $5,080.00; Reference: | 7100-000 | | 2,504.62 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,000.96 | 10,000.96 | $0.00 |
| | | | Less: Bank Transfers | | 10,000.96 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,000.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,000.96 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******59-65 | 10,000.96 | 0.00 | 0.00 |
| Checking # 9200-******59-66 | 0.00 | 10,000.96 | 0.00 |
| | $10,000.96 | $10,000.96 | $0.00 |

{} Asset reference(s)

Printed: 05/03/2011 11:02 AM    V.12.56